# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GEORGE V. SMITH,**

        **Plaintiff,**

        Case No. 6:04-cv-1811-Orl-28DAB

**THE SCHOOL BOARD OF ORANGE COUNTY,**

        **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO COMPEL DEPOSITIONS (Doc. No. 23)
>
> **FILED:** September 1, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff, proceeding *pro se,* served three notices of depositions on August 15, 2005, while he was represented by counsel. Plaintiff's retained counsel on August 26, 2005 agreed to cancel the August 31, 2005 depositions. Doc. No. 21; Ex. A. On August 30, 2005, the Court granted Plaintiff's Motion to allow counsel to withdraw. Doc. No. 22. While represented by counsel, a party is not authorized to act *pro se* (*see* Local Rule 2.03(d)); thus, Plaintiff's *pro se* deposition notices had no effect. Moreover, Plaintiff's retained counsel agreed to cancel the depositions. Doc. No. 21.

Plaintiff is now responsible for properly prosecuting his claim in this litigation, which includes being familiar with and abiding by the Federal Rules of Civil Procedure and the Local Rules of this Court. **Plaintiff is admonished that any future failures to comply with the Rules or orders of this Court may result in imposition of sanctions that may include an award of attorney's fees to the opposing party, dismissal of certain claims, or dismissal of this action.**

**DONE** and **ORDERED** in Orlando, Florida on September 13, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Plaintiff George V. Smith