# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GEORGE V. SMITH,**
    **Plaintiff,**

**-vs-**                     **Case No. 6:04-cv-1811-Orl-28DAB**

**THE SCHOOL BOARD OF ORANGE COUNTY,**
    **Defendant.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO VACATE ORDER AND GRANT HEARING (Doc. No. 26)**
>
> **FILED:** November 2, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff is free to renotice the depositions in compliance with the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Orlando, Florida on November 3, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties