# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GEORGE V. SMITH,**
          **Plaintiff,**

-**vs**-                                            **Case No.  6:04-cv-1811-Orl-28DAB**

**ORANGE COUNTY SCHOOL
BOARD,**
          **Defendant.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT ORANGE COUNTY SCHOOL BOARD'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ORDER ON COMPLIANCE (Doc. No. 58)** |
| **FILED:** | **May 8, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.  The Response was timely when filed, once weekends are excluded from the computation of the ten-day response time and three days are added included to allow for mailing.  *See* Fed. R. Civ. P. 6(a) & (e).

| | |
|---|---|
| **MOTION:** | **MOTION FOR ORDER ON COMPLIANCE (Doc. No. 49-1)** |
| **FILED:** | **April 20, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

| | |
|---|---|
| **MOTION:** | **[SECOND] MOTION FOR ORDER ON COMPLIANCE (Doc. No. 56)** |
| **FILED:** | **May 8, 2006** |
| _____ | |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

| | |
|---|---|
| **MOTION:** | **MOTION TO DETERMINE SUFFICIENCY (Doc. No. 51-1)** |
| **FILED:** | **April 24, 2006** |
| _____ | |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

| | |
|---|---|
| **MOTION:** | **MOTION TO DETERMINE SUFFICIENCY (Doc. No. 55)** |
| **FILED:** | **May 8, 2006** |
| _____ | |
| **THEREON** it is **ORDERED** that the motion is **DENIED** as moot. | |

| | |
|---|---|
| **MOTION:** | **[AMENDED] MOTION TO DETERMINE SUFFICIENCY (Doc. No. 61-1)** |
| **FILED:** | **May 11, 2006** |
| _____ | |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

In responding to requests for admission, a party is permitted to raise objections as well as respond and may qualify its response beyond simple admission or denial so long as the substance of the request is addressed. Fed. R. Civ. P. 36(a). If Plaintiff believes any denials are incorrect, it is his obligation to present evidence at the appropriate time.

Plaintiff has filed two "Rebuttals" (in the nature of reply briefs) to Defendant's Responses to Plaintiff's Motions. *See* Doc. No. 59 & 60. They fail to comply with the requirements of Local Rule 3.01(b) of the Middle District of Florida, which reads as follows:

(b) Each party opposing any written motion or other application shall file and serve, within ten (10) days after being served with such motion or application, a brief or legal memorandum with citation of authorities in opposition to the relief requested. *No other briefs or legal memoranda directed to any such written motion shall be filed or served by any party unless requested by the Court.*

United States District Court for the Middle District of Florida, Local Rule 3.01(b) (emphasis added).

The documents are **ORDERED** stricken.

**DONE** and **ORDERED** in Orlando, Florida on May 12, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Plaintiff George Smith