# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GEORGE V. SMITH,**
          **Plaintiff,**

-vs-                                                            **Case No.  6:04-cv-1811-Orl-28DAB**

**ORANGE COUNTY SCHOOL**
**BOARD,**
          **Defendant.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motions filed

herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR LEAVE TO FILE [A SECOND] AMENDED COMPLAINT (Doc. No. 64)** |
| **FILED:** | **June 2, 2006** |
| | _____ |
| **THEREON** it is **ORDERED** that the motion is **DENIED as untimely.**  The deadline for filing of Amended Pleadings[1] passed on September 16, 2005. | |
| **MOTION:** | **PETITION FOR RECONSIDERATION (Doc. No. 66)** |
| **FILED:** | **June 9, 2006** |
| | _____ |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |
| **MOTION:** | **PLAINTIFF'S MOTION FOR INTERMITTENT APPEARANCE (Doc. No. 65)** |
| **FILED:** | **June 5, 2006** |
| | _____ |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

_____

[1]Plaintiff was previously allowed to file an Amended Complaint on April 7, 2006.  *See* Doc. No. 47.

-2-

Any counsel engaged to represent Plaintiff must represent him in accordance with the standards regulating the Florida Bar and the Local and Federal Rules, which do not allow for the "intermittent" representation as suggested in Plaintiff's Motion.  Doc. No. 65.

**DONE** and **ORDERED** in Orlando, Florida on June 19, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Plaintiff George V. Smith